**No. 43.** WINCHESTER MFG. CO. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Frank S. Bright* and *H. Stanley Hinrichs* for petitioner. *Solicitor General Biggs* and *Messrs. Wm. W. Scott* and *Paul D. Miller* for the United States.

**No. 45.** CANAL-COMMERCIAL TRUST & SAVINGS BANK *v.* COMMISSIONER OF INTERNAL REVENUE; and

**No. 46.** CANAL-COMMERCIAL NATIONAL BANK *v.* SAME. October 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Henry P. Dart, Benjamin W. Dart,* and *Henry P. Dart, Jr.,* for petitioners. *Solicitor General Biggs, Miss Helen R. Carloss,* and *Messrs. Sewall Key, Paul D. Miller,* and *Wm. H. Riley, Jr.,* for respondent.

**No. 47.** AUTOMOBILE ABSTRACT & TITLE CO. *v.* FITZGERALD. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Jerry A. Mathews, David B. Tippery,* and *Allan P. Cox* for petitioner. *Messrs. Patrick H. O'Brien* and *Perry A. Maynard* for respondent.

**No. 48.** AMERICAN-WEST AFRICAN LINE, INC., *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. John W. Davis, George A. King, Herman J. Galloway,* and *Elkan Turk* for petitioner. *Solicitor General Biggs* and *Messrs. Wm. W. Scott* and *H. Brian Holland* for the United States.